IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02043-GPG-KAS

EL ROY PROPERTIES, LLC,

      Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY,

      Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff El Roy Properties, LLC ("El Roy") hereby notifies the Court, Defendant, and all counsel of record that:

- El Roy is not a publicly held corporation and has no parent corporation.
- El Roy is a Colorado LLC.
- The members of El Roy are Jon Lane, Tara Malloy, Roberto Sirica, Robert Zappone, Dashmir Murtishi, Fitor Mamudi, Alfred Ciraldo, Destan Kupa, and Shawn Meaike.
- Jon Lane and Tara Malloy are citizens of the State of Colorado.
- Roberto Sirica, Robert Zappone, Dashmir Murtishi, Fitor Mamudi, and Alfred Ciraldo are citizens of the State of Connecticut.
- Destan Kupa is a citizen of the State of New York.
- Shawn Meaike is a citizen of the State of Florida.

Respectfully submitted this 24th day of August 2023.

                          HAILEY | HART PLLC

By:    *s/ Melissa A. Hailey*
       Melissa A. Hailey, CO Reg. #42836
       Elizabeth A. Hart, CO Reg. #46041
       383 Corona Street, Suite 319
       Denver, CO 80218
       720-400-7970
       melissa@haileyhartlaw.com
       liz@haileyhartlaw.com

## CERTIFICATE OF SERVICE

I certify that on August 24, 2023 a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT** was filed via the CM/ECF system and was served upon the following:

Christine M. Kroupa
Rachel E. Ollis
Quintairos, Prieto, Wood & Boyer, P.A.
216 16th Street, Suite 1750
Denver, CO 80202
christine.kroupa@qpwblaw.com
rachel.ollis@qpwblaw.com

*Attorneys for Defendant Scottsdale Insurance Company*

*s/ Melissa Valle*
Melissa Valle, Paralegal
valle@haileyhartlaw.com